IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 48 WELFARE FUND, <br>            Plaintiff, <br><br> v. <br><br> SHOOK & FLETCHER MECHANICAL CONTRACTORS, INC., <br>            Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO.: <br> )  **2:20-cv-01844-ACA** <br> ) <br> ) <br> ) |

## **CONSENT JUDGMENT AND ORDER**

This matter is before the court on Defendant's consent to judgment (doc. 6) and Plaintiffs' motion for entry of a consent judgment (doc. 7).  Upon consideration of the record, the court finds that entry of a consent judgment is appropriate for the following reasons:

1.     The court has subject matter jurisdiction over this action pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145.

2.     Plaintiffs served Defendant with the complaint, and the court has personal jurisdiction over the Defendant.  (Docs. 4, 6).

3.     Defendant, by and through the President of the Corporation, has acknowledged the amount due and the extent of its liability to the Plaintiffs.  (Doc. 6).

1

4. Defendant has consented that judgment be entered against it as requested by the Plaintiffs. (Doc. 6).

5. Because Defendant has consented to judgment, final judgment is appropriate.

Accordingly, the court **ENTERS JUDGMENT** in favor of Plaintiffs and against Defendant in the sum of eighty one thousand seven hundred eleven and 10/100 dollars ($81,711.10) for which execution may issue. Costs are taxed as paid.

**DONE** and **ORDERED** this January 28, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE